# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH RAY PITTS**
**ADC #085938**                                                           **PLAINTIFF**

v.                            No. 5:19-cv-297-DPM-JTK

**THOMPSON, Nurse;**
**and MERRILL, Nurse**                                                    **DEFENDANTS**

## ORDER

Objection, № 24, overruled. Magistrate Judge Kearney did not clearly err or misapply the law in denying Pitts's request to add Thomas as a Defendant. FED. R. CIV. P. 72(a). As Magistrate Judge Kearney explained, if Pitts wants to pursue claims about interference with his mail, then he must do so in a separate lawsuit after exhausting his administrative remedies. № 13 at 2.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2020