# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH RAY PITTS**
**ADC #085938**                                                             **PLAINTIFF**

v.                        No. 5:19-cv-297-DPM

**THOMPSON, Nurse; MERRILL,**
**Nurse; C. DANIELS, Major; T. GIBSON,**
**Supervisor; THOMAS, Lieutenant;**
**and A. F. CULCLAGER, Warden**                                             **DEFENDANTS**

## ORDER

Magistrate Judge Kearney has issued a corrected partial recommendation, № 45. The Court therefore declines the previous version, № 42, as moot. Pitts may submit objections to the corrected recommendation, or he may rest on his previous objections, № 44.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2020