# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH RAY PITTS**
**ADC #085938**                                                    **PLAINTIFF**

v.                          No. 5:19-cv-297-DPM-JTK

**THOMPSON, Nurse; and**
**TRELEECIA MERRILL, Nurse**                                       **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 45, and overrules Pitts's objections, № 47–49. FED. R. CIV. P. 72(b)(3). Pitts hasn't shown that Merrill or Thompson is involved in processing his legal mail or otherwise poses a threat of irreparable harm to him. His motion for preliminary injunctive relief, № 9, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2020