IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH RAY PITTS
ADC #085938                                                                                    PLAINTIFF

v.                                      No. 5:19-cv-297-DPM

THOMPSON, Nurse;   TRELEECIA
MERRILL, Nurse;   C. DANIELS, Major;
T. GIBSON, Supervisor;   THOMAS,
Lieutenant;   and A. F. CULCLAGER, Warden            DEFENDANTS

## JUDGMENT

Pitts's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2020